No. 81–6673. OCCHINO *v.* NORTHWESTERN BELL TELE-PHONE CO. ET AL., 457 U. S. 1139;

No. 81–6685. WILLIAMS *v.* PEPSI-COLA BOTTLING COMPANY OF ST. LOUIS, MISSOURI, ET AL., 457 U. S. 1139;

No. 81–6691. SUTAIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 1110;

No. 81–6715. IN RE CAMPBELL, 457 U. S. 1116; and

No. 81–6771. IN RE KULWIEC, *ante,* p. 1104. Petitions for rehearing denied.

No. 80–1290. CLEMENTS, GOVERNOR OF TEXAS, ET AL. *v.* FASHING ET AL., 457 U. S. 957. Petition for rehearing and/or clarification denied.

No. 80–6045. KREMER *v.* CHEMICAL CONSTRUCTION CORP., 456 U. S. 461. Motion for leave to file petition for rehearing denied.

SEPTEMBER 20, 1982

No. 81–2284. BUTCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.